UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20339-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**CARLOS IZNAGA BALADO**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Ex-Parte Motion to Exceed Attorney's Fees Cap [ECF No. 130], and Magistrate Judge Jonathan Goodman's Sealed Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees and Costs [ECF No. 135]. The Court sees no likelihood of any party filing objections to the Report. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 135]** is **AFFIRMED**, and the Motion **[ECF No. 130]** is **GRANTED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record